Scott E. Rubright – SBN 122859
Rob J. Taylor – SBN 281650
MCCARTHY & RUBRIGHT, LLP
100 Rio St. / P.O. Box 190
Red Bluff, CA 96080
(530) 527-0213/(530) 527-7641 (fax)
srubright@mccarthyrubright.com

Attorneys for Plaintiffs,
Swaran Sidhu, Harbachan Sidhu,
Paramjit Nagra and Sukhbir Nagra

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| SWARAN SIDHU, an individual; HARBACHAN SIDHU, an individual; PARAMJIT NAGRA, an individual; and SUKHBIR NAGRA, an individual;<br><br>Plaintiffs,<br><br>v.<br><br>WEST AMERICAN INSURANCE COMPANY, an Indiana corporation d.b.a. LIBERTY MUTUAL INSURANCE; and, DOES 1 through 10, inclusive;<br><br>Defendants. | CASE NO. 2:21-cv-01265-KJM-DMC<br><br>**STIPULATION FOR PLAINTIFFS' LEAVE TO FILE VERIFIED FIRST AMENDED COMPLAINT** |

Pursuant to Fed. R. Civ. P. 15(a)(2), and Civil L.R. 137(c) and 143, Plaintiffs Swaran Sidhu, Harbachan Sidhu, Paramjit Nagra, and Sukhbir Nagra ("Plaintiffs") and Defendant West American Insurance Company ("Defendant"), hereby jointly stipulate to the granting of leave for Plaintiffs to execute, file, and serve their Verified First Amended Complaint in this matter. True and correct red-line and clean versions of Plaintiffs' Verified First Amended Complaint are attached hereto as Exhibits "A" and "B," respectively, for the Court's reference. In support of this Stipulation, the Parties agree and stipulate as follows:

1. This action was removed to the Eastern District of California on July 19, 2021.

2. The Parties previously agreed to an extension of time for Defendant to respond to Plaintiff's Complaint until August 9, 2021. As such, no responsive pleading has yet been filed in this case.

3. This Stipulation will give Plaintiffs the opportunity to address edits that they contend are needed to their Complaint following its removal to federal court. Defendant's new date for response shall track with the filing and service of the Verified First Amended Complaint by Plaintiff, and shall otherwise be for a duration as permitted by the Federal Rules of Civil Procedure and Local Rules for response.

4. No previous amendments to the Complaint have been sought in this matter.

5. Defendant otherwise reserves all rights available at law or equity for responding to the Verified First Amended Complaint.

We hereby attest that concurrence in the filing of this Stipulation was obtained by each of the below identified signatories.

Dated: August 5, 2021                                   MCCARTHY & RUBRIGHT, LLP


By:   /s/ Rob J. Taylor
      SCOTT E. RUBRIGHT
      ROB J. TAYLOR
      Attorneys for Plaintiffs
      SWARAN SIDHU, HARBACHAN
      SIDHU, PARAMJIT NAGRA, AND
      SUKHBIR NAGRA

Dated:  August 16, 2021

MAYNARD COOPER & GALE, LLP

By: /S/  Nicholas J. Boos (as authorized on 8/5/21)
NICHOLAS J. BOOS
CORBAN J. PORTER

Attorneys for Defendant
WEST AMERICAN INSURANCE COMPANY

**IT IS SO ORDERED.**

DATED:  August 16, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE