**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SWARAN SIDHU, et al., | No. 2:21-CV-1265-KJM-DMC |
| Plaintiffs, | |
| v. | ORDER |
| WEST AMERICAN INSURANCE COMPANY, | |
| Defendant. | |

Plaintiffs, who are proceeding with retained counsel, bring this civil action. Pending before the Court is Plaintiffs' counsel's request, ECF No. 22, to appear telephonically at the initial scheduling conference.

In their request, Plaintiffs' counsel, who are located in Red Bluff, California, cite the time required to travel to a scheduling conference in Sacramento, California, as the reason for requesting to appear telephonically. The scheduling conference, however, is set to be conducted in Redding, California, which is roughly 30 miles from Red Bluff. Accordingly, on the basis

/ / /

/ / /

/ / /

/ / /

1

cited by counsel, Plaintiffs' counsel's request to appear telephonically is denied.

All parties are reminded of the need to submit proof of COVID-19 vaccination to the Court five days prior to any live appearance at the District Court, per Local Rules.

IT IS SO ORDERED.

Dated: November 30, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE