# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SWARAN SIDHU, an individual; HARBACHAN SIDHU, an individual; PARAMJIT NAGRA, an individual; and SUKHBIR NAGRA, an individual;<br><br>Plaintiffs,<br><br>v.<br><br>WEST AMERICAN INSURANCE COMPANY, an Indiana corporation; and, DOES 1 through 10, inclusive;<br><br>Defendants. | Case No. 2:21-CV-01265-KJM-DMC<br><br>**ORDER ON DEFENSE COUNSEL'S REQUEST FOR LEAVE TO APPEAR TELEPHONICALLY AT INITIAL SCHEDULING CONFERENCE**<br><br>Conference Date: December 8, 2021<br>Time: 10:00 a.m.<br>Courtroom: 304<br><br>Hon. Dennis M. Cota |

The Court is in receipt of Defendant West American Insurance Company's counsel's request, ECF No. 24, for leave to appear telephonically via CourtCall at the Initial Scheduling Conference, scheduled to be held on December 8, 2021 at 10:00 a.m. in courtroom 304 at 2986 Bechelli Lane, Redding, California, before the Honorable Dennis M. Cota.  Having read and considered the request, the Court hereby grants Defense Counsel's Request for Leave to Appear Telephonically at Initial Scheduling Conference.

**IT IS SO ORDERED.**
Dated:  December 2, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

{06221084.1}