# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SWARAN SIDHU, et al., | No. 2:21-CV-1265-KJM-DMC |
| Plaintiffs, | |
| v. | ORDER |
| WEST AMERICAN INSURANCE COMPANY, | |
| Defendant. | |

Plaintiffs, who are proceeding with retained counsel, bring this civil action. The parties appeared before the undersigned in Redding, California, on December 8, 2021, at 10:00 a.m., for an initial scheduling conference. Thomas D. Patrick, Jr., Esq., appeared for Plaintiffs. Corbin Porter, Esq., appeared for Defendant. Upon consideration of the joint status report on file in this action, discussion with counsel, and good cause appearing therefor, the Court will, by this order, set a schedule pursuant to Federal Rule of Civil Procedure 16(b).

The parties are advised that they may, if all consent, have the matter re-assigned for all purposes, including entry of final judgment, to the undersigned Magistrate Judge.

1.   No further joinder of parties or amendments to the pleadings is permitted without stipulation or leave of Court for good cause shown.

2.   Jurisdiction and venue are not contested.

3. The parties shall exchange initial disclosures pursuant to Federal Rule of Civil Procedure 26(a) on **December 22, 2021**.

4. The parties shall provide their initial lists of expert witnesses no later than **August 26, 2022**. The parties shall exchange lists of rebuttal experts no later than **September 23, 2022**. Such disclosures must be made pursuant to Federal Rule of Civil Procedure 26(a)(2)(A) and (B). The parties are reminded of their obligation to supplement these disclosures when required under Federal Rule of Civil Procedure 26(e).

5. All non-expert discovery shall be completed and all motions pertaining to non-expert discovery shall be noticed to be heard by **October 7, 2022**.

6. All expert discovery shall be completed and all motions pertaining to expert discovery shall be noticed to be heard by **November 4, 2022**.

7. A settlement conference is set before the undersigned in Redding, California, on **November 10, 2022**, at 10:00 a.m.

8. All dispositive motions shall be noticed to be heard by **December 9, 2022**.

9. The pre-trial conference and trial dates will be set by separate order.

IT IS SO ORDERED.

Dated:  December 10, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE