# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SWARAN SIDHU, et al., | No. 2:21-CV-1265-KJM-DMC |
| Plaintiffs, | |
| v. | ORDER |
| WEST AMERICAN INSURANCE COMPANY, | |
| Defendant. | |

Plaintiffs, who are proceeding with retained counsel, bring this civil action. A settlement conference is scheduled for November 10, 2022, at 10:00 a.m. in Redding, California, before the undersigned, to be conducted via Zoom. The parties are directed to each submit a confidential settlement conference statement <u>directly to chambers</u> by November 3, 2022. These statements <u>shall not be filed</u>. Unless otherwise notified by the undersigned, counsel shall be accompanied by a person able to dispose of the case or be fully authorized to settle the matter on any terms. <u>See</u> Local Rule 270(f)(1). Concurrent with their settlement conference statement, the parties shall execute and <u>file</u> the attached Waiver of Disqualification.

Dated: November 1, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SWARAN SIDHU, et al., | No. 2:21-CV-1265-KJM-DMC |
| Plaintiffs, | |
| v. | |
| WEST AMERICAN INSURANCE COMPANY, | |
| Defendant. | |

WAIVER OF DISQUALIFICATION

     Pursuant to Eastern District of California Local Rule 270(b), the parties to the herein action affirmatively request that the assigned Magistrate Judge participate in the settlement conference and further, the parties waive any claim of disqualification to Judge Cota thereafter hearing and determining matters in this case in accordance with 28 U.S.C. § 636(b)(1) and Eastern District of California Local Rule 302.

DATED: _____                 _____
                                                             By:   For Plaintiff(s)

DATED: _____                 _____
                                                             By:   For defendant(s)